1 | **BRADLEY/GROMBACHER, LLP**
2 | Marcus J. Bradley, Esq. (SBN 174156)
  | Kiley L. Grombacher, Esq. (SBN 245960)
3 | Lirit A. King, Esq. (SBN 252521)
  | 31365 Oak Crest Drive, Suite 240
4 | Westlake Village, California 91361
5 | Telephone:  (805) 270-7100
  | Facsimile:   (805) 270-7589
6 | mbradley@bradleygrombacher.com
7 | kgrombacher@bradleygrombacher.com
  | lking@bradleygrombacher.com
8 |
9 | Attorneys for Plaintiff CESAR J BARRIOS GARAY
10 | individually and behalf of those similarly situated
11 | *[Additional attorneys listed on following page]*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR J BARRIOS GARAY, et al. | **CASE NO.:** 2:22-cv-00469 FLA (PDx) |
| Plaintiffs, | Assigned to: Hon. Fernando L. Aenlle-Rocha, CR 6B |
| v. | **CLASS ACTION** |
| MYDATT SERVICES INC., dba BLOCK BY BLOCK, an Ohio corporation; and DOES 1 to 10, inclusive, | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| . | (*Filed Concurrently with* [*Proposed*] *Order*) |
| Defendants. | Complaint Filed: December 17, 202 |
| | Removed: January 21, 2022 |

| | |
|---|---|
| 1 | NICOLE R. MCATEE, CA Bar No. 288700 |
| | nicole.mcatee@ogletree.com |
| 2 | DAVID SZWARCSZTEJN, CA Bar No. 272371 |
| 3 | david.szwarcsztejn@ogletree.com |
| | CHLOE S. CHANG, CA Bar No. 321007 |
| 4 | chloe.chang@ogletree.com |
| 5 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | 400 South Hope Street, Suite 1200 |
| 6 | Los Angeles, CA  90071 |
| 7 | Telephone:   213-239-9800 |
| | Facsimile:    213-239-9045 |
| 8 | |
| 9 | ATTORNEYS FOR DEFENDANT |
| | MYDATT SERVICES INC., dba BLOCK BY BLOCK |

WHEREAS the parties to this action, and each of them have fully and finally resolved all issues set forth in this case.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Cesar J Barrios Garay ("Plaintiff") and defendant Mydatt Services, Inc. dba Block by Block ("Defendant") (collectively, the Parties") by and through their counsel, stipulate and agree that the above-captioned case, designated Case No. 2:22-cv-00469-FLA (PDx), be dismissed in its entirety, and that all claims asserted in the action be dismissed without prejudice.

The Parties, by and through their counsel, further stipulate and agree that each party shall bear its and/or his own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: March 21, 2022        **BRADLEY/GROMBACHER, LLP**

By:  /s/Marcus J. Bradley
     Marcus J. Bradley, Esq.
     Kiley Grombacher, Esq.
     Lirit A. King, Esq.

Attorneys for Plaintiff

DATED: March 21, 2022        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Chloe S. Chang
     Nicole R. McAtee
     David Szwarcsztejn
     Chloe S. Chang

Attorneys for Defendant
MYDATT SERVICES INC., dba BLOCK BY BLOCK

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 21, 2022					By:	/s/Chloe S. Chang