# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR J. BARRIOS GARAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MYDATT SERVICES INC., dba BLOCK BY BLOCK, an Ohio corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | **CASE NO.:** 2:22-cv-00469 FLA (PDx) <br> Assigned to: <br> Hon. Fernando L. Aenlle-Rocha, CR 6B <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**[PROPOSED] ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of plaintiff Cesar J Barrios Garay and defendant Mydatt Services, Inc. dba Block by Block (collectively, the "Parties"), IT IS HEREBY ORDERED that:

1. All claims for relief in the instant action brought by and on behalf of plaintiff Cesar J Barrios Garay are hereby dismissed without prejudice;

2. The entire action is hereby dismissed without prejudice; and

3. The Parties shall bear costs and attorneys' fees pursuant to the written agreement of the Parties.

**IT IS SO ORDERED.**

DATED:_____         _____
                              HON. FERNANDO L. AENLLE-ROCHA
                              UNITED STATES DISTRICT JUDGE