JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR J. BARRIOS GARAY, et al.,<br><br>Plaintiffs,<br>v.<br><br>MYDATT SERVICES INC., dba BLOCK BY BLOCK, an Ohio corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00469-FLA (PDx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE [DKT. 12]** |

1

# ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Plaintiff Cesar J Barrios Garay and Defendant Mydatt Services, Inc. dba Block by Block (collectively, the "Parties"), IT IS HEREBY ORDERED that:

1. All claims for relief in the instant action brought by and on behalf of plaintiff Cesar J Barrios Garay are hereby dismissed without prejudice;
2. The entire action is hereby dismissed without prejudice; and
3. The Parties shall bear costs and attorneys' fees pursuant to the written agreement of the Parties.

IT IS SO ORDERED.

Dated: March 25, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge